# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | **ED CV 13-0938 FMO (DTBx)** | Date | **March 26, 2014** |
|---|---|---|---|
| Title | **Fidelity and Guaranty Insurance Company <u>et al.</u> v. Centex Homes, <u>et al.</u>** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Vanessa Figueroa | None | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**      **(In Chambers) Order to Show Cause Re: Dismissal for Lack of Jurisdiction**

Jurisdiction is asserted on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332. A partnership, limited liability company, or other unincorporated association is joined as a party. The court must consider the citizenship of each of the partners, including limited partners, or members.  The citizenship of each of the entity's partners or members must therefore be alleged. <u>See</u> <u>Grupo</u> <u>Dataflux</u> <u>v.</u> <u>Atlas</u> <u>Global</u> <u>Grp.,</u> <u>L.P.</u>, 541 U.S. 567, 569, 124 S.Ct. 1920, 1923 (2004) ("[A] partnership . . . is a citizen of each State or foreign country of which any of its partners is a citizen."); <u>Carden</u> <u>v.</u> <u>Arkoma</u> <u>Assocs.</u>, 494 U.S. 185, 195, 110 S.Ct. 1015, 1021 (1990) (diversity jurisdiction depends on the citizenship of all members of an artificial entity); <u>Johnson</u> <u>v.</u> <u>Columbia</u> <u>Props.</u> <u>Anchorage, LP</u>, 437 F.3d 894, 899 (9th Cir. 2006) ("[A]n unincorporated association such as a partnership has the citizenships of all of its members.").

Centex Homes is a Nevada partnership with its principal place of business in California. (<u>See</u> First Amended Complaint ("FAC") at ¶ 5; Answer of Centex Homes, Inc. and Centex Real Estate Corporation to First Amended Complaint Filed by Fidelity and Guaranty Insurance Company, Travelers Property Casualty Company of America, St. Paul Mercury Insurance Company, and Travelers Indemnity Company of Connecticut ("Answer"), at ¶ 5).  The allegations in the First Amended Complaint are insufficient to establish the citizenship of Centex Homes because the citizenship of each of the partners has not been properly alleged.  (<u>See</u>, generally, FAC at ¶ 5).

Accordingly, IT IS ORDERED that:

1.  No later than **April 7, 2014**, plaintiffs shall show cause in writing why this action should not be dismissed for the reasons noted above.  Failure to submit a response by the deadline set forth above may be deemed as consent to the dismissal of the action without prejudice. Defendants may submit a response in the same time period.

2.  A copy of all papers filed with the court shall be delivered to the drop box outside

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **ED CV 13-0938 FMO (DTBx)** | Date | **March 26, 2014** |
|---|---|---|---|
| Title | **Fidelity and Guaranty Insurance Company et al. v. Centex Homes, et al.** | | |

chambers at Suite 520, Spring Street Courthouse, 312 North Spring Street, **no later than 12:00 noon the following business day**.  All chambers copies shall comply fully with the document formatting requirements of Local Rule 11-3, including the "backing" requirements of Local Rule 11-3.5.  Counsel may be subject to sanctions for failure to deliver a mandatory chambers copy in full compliance with this Order and Local Rule 11-3.

00      :      00

Initials of Preparer          VDR