UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-0938 FMO (DTBx) | Date | December 11, 2014 |
|---|---|---|---|
| Title | Fidelity and Guaranty Insurance Company et al. v. Centex Homes, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | | |
|---|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions for Failure to Comply with Settlement Requirements

Pursuant to the Court's Order March 12, 2014, the parties were required to complete their settlement conference by August 22, 2014. (See Court's Order of March 12, 2014, at 2). Moreover, pursuant to the Scheduling and Case Management Order issued in this case, the "principals of all corporate parties" were required to attend the settlement conference. (See Court's Order of August 23, 2013, at § IV) (emphasis omitted).

Having reviewed the Status Report Re: Settlement ("Status Report") filed by defendants Centex Homes and Centex Real Estate Corporation (collectively, "Centex"), it appears that neither requirement was met. The settlement conference did not take place until December 8, 2014, (see Status Report at 2), and no corporate representative attended on behalf of plaintiffs. (See id.).

For the foregoing reasons, IT IS ORDERED THAT lead counsel for the parties shall attend a hearing on **Thursday, December 18, 2014**, at **11:30 a.m.** in Courtroom 22 of the Spring Street Courthouse to show cause why sanctions should not be imposed for failure to comply with the court's orders.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | vdr |